# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lapina R. Jamison<br>     Debtor<br><br>PNC Bank, National Association, its successors and/or assigns<br>     Moving Party<br>  vs.<br>Lapina R. Jamison<br>     Debtor<br><br>Frederick L. Reigle<br>     Trustee | CHAPTER 13<br><br><br>NO. 16-14453 SR<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from the Automatic Stay of PNC Bank, National Association, which was filed with the Court on or about **November 8, 2016**.

                Respectfully submitted,

                **/s/ Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Thomas Puleo, Esquire
                Attorneys for Movant/Applicant
                KML Law Group, P.C.
                Main Number: (215) 627-1322

November 9, 2016