IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LAPINA R. JAMISON<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | )<br>) Case No.: 16-14453 (SR)<br>) |
| v. | ) |
| LAPINA R. JAMISON<br>**Respondendt(s)** | )<br>)<br>) |
| FREDERICK L. REIGLE<br>**Trustee** | )<br>)<br>)<br>) |

**PRAECIPE WITHDRAWING CREDIT ACCEPTANCE CORPORATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Credit Acceptance's Objection To Confirmation, filed on or about July 28, 2016 in the above-referenced case, number 14 on the docket. The Objection has been settled via Stipulation.

Date: 1/6/17

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Credit Acceptance Corporation