IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LAPINA R. JAMISON    )<br>     **Debtor(s)**          )<br>                              )<br>CREDIT ACCEPTANCE CORPORATION )<br>     **Moving Party**      )<br>                              )<br>     v.                      )<br>                              )<br>LAPINA R. JAMISON            )<br>     **Respondendt(s)**    )<br>                              )<br>FREDERICK L. REIGLE          )<br>     **Trustee**              )<br>                              )<br>                              )  | CHAPTER 13<br><br>Case No.: 16-14453 (SR) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the OBJECTION TO CONFIRMATION, filed on or about July 28, 2016 in the above matter is APPROVED.

Dated: January 6, 2017

BY THE COURT:

_____
JUDGE STEPHEN RASLAVICH