United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14453-sr
Lapina R Jamison                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1            Date Rcvd: Jan 06, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
db            +Lapina R Jamison,    4226 Ormond Street,    Philadelphia, PA 19124-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Lapina R Jamison dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LAPINA R. JAMISON<br>**Debtor(s)** | ) CHAPTER 13<br>)<br>) |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | ) Case No.: 16-14453 (SR)<br>)<br>) |
| v. | )<br>) |
| LAPINA R. JAMISON<br>**Respondendt(s)** | )<br>)<br>) |
| FREDERICK L. REIGLE<br>**Trustee** | )<br>)<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the OBJECTION TO CONFIRMATION, filed on or about July 28, 2016 in the above matter is APPROVED.

Dated: January 6, 2017

BY THE COURT:

_____
JUDGE STEPHEN RASLAVICH