IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Lapina R. Jamison | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 16-14453-SR |
| | ) | |
| | ) | |

### CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees, and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor