## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lapina R. Jamison<br>                Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>                Movant<br>vs.<br>Lapina R. Jamison<br>                Debtor | NO. 16-14453 SR |
| Frederick L. Reigle<br>                Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this         day of                  , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4226 Ormond Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Stephen Raslavich,** United States Bankruptcy Judge.

**Dated: June 8, 2017**

Lapina R. Jamison
4226 Ormond St
Piladelphia, PA 19124

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532